1 Margaret A. Elder (SBN 177424)
  Chandra Gehri Spencer (SBN 184010)
2 ELDER & SPENCER, LLP
  17011 Beach Blvd, Suite 900
3 Huntington Beach, CA 92647

4 Tel:   (213) 631-8331
  Fax:  (888) 422-8027
5 E-mail:  info@elderspencer.com

JS-6

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| OLGA CASTANEDA, et al., | Case No:  5:16-cv-00184-JGB (DTBx) |
| Plaintiffs, | **ORDER OF DISMISSAL [FRCP 41(A)]** |
| vs. | |
| COACHELLA HOUSING INVESTORS, LP, et al., | *Assigned for all purposes to the Honorable Jesus G. Bernal* |
| Defendants. | |

TO THE PARTIES AND TO THEIR COUNSEL OF RECORD:

Based on the request of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that this matter is dismissed with prejudice, subject to the court retaining jurisdiction to enforce the terms and conditions of the settlement agreement.

Dated: November 21, 2016    _____
                             Jesus G. Bernal
                             Judge of the United States District Court